IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KAYLA WHITTEN,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNITYPOINT HEALTH MARSHALLTOWN,<br>NICK HEINTZ,<br><br>            Defendants. | 4:26-cv-00214-SHL-SBJ<br><br><br>ORDER GRANTING DEFENDANTS'<br>PARTIAL MOTION TO DISMISS |

On March 5, 2026, Plaintiff Kayla Whitten filed an Amended Petition in what was then a state-court case captioned as *Kayla Whitten v. UnityPoint Health – Marshalltown & Nick Heintz*, Marshall County Case No. LACI012968. (ECF 1-1.) The Amended Petition set forth six claims alleging violations of the Family and Medical Leave Act (Count I); Iowa Code Chapter 80F (Count II); the Iowa Civil Rights Act (Sexual Harassment & Retaliation) (Count III); Title VII of the Civil Rights Act of 1964 (Sexual Harassment & Retaliation) (Count IV); the Iowa Civil Rights Act (Disability Discrimination) (Count V); and the Americans with Disabilities Act (Count VI). The Amended Complaint states that each claim is brought against Defendant UnityPoint Health Marshalltown ("UnityPoint"), except for Count II, which was brought against "Defendants, jointly and severally," i.e., UnityPoint and Nick Heintz. (Id., p. 53.)

Defendants removed the action to this Court. (ECF 1.) On May 22, 2026, they filed a Partial Motion to Dismiss, arguing that all claims against Heintz fail as a matter of law. (ECF 3.) They further argue that Plaintiff fails to state a claim against Heintz and UnityPoint alike under Iowa Code Chapter 80F, which by its express terms applies only to a "municipality, county, or state agency." Iowa Code § 80F.1. (Id.) In response, Plaintiff clarifies that she did not seek to include Heintz as an individual defendant "in any of these causes of action" and therefore does not resist the Partial Motion to Dismiss as to him. (ECF 4, p. 1.) In addition, Plaintiff stated "[w]ith respect to Count II (Iowa Code Chapter 80F), Plaintiff does not resist Defendants' Motion as it relates to that claim and is willing to voluntarily dismiss it." (Id.)

Accordingly, the Court GRANTS Defendants' unresisted Partial Motion to Dismiss. *See* LR 7(f). Defendant Nick Heintz is dismissed from this action. Count II is dismissed in its entirety.

IT IS SO ORDERED.

DATED this 10th day of August, 2026.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE